UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BOBBIE SMITH | CIVIL ACTION |
| VERSUS | NO. 08-5169 |
| IDEAL INDUSTRIES, INC. | SECTION "N" (4) |

## ORDER AND REASONS

Before the Court is the Motion in Limine to Exclude the Expert Report and to Strike the Testimony of the Defendant's Expert, Michael J. Frenzel (Rec. Doc. 66), filed by Plaintiff, Bobbie Smith. This motion is opposed (See Rec. Doc. 70). After considering the memoranda of the parties and the applicable law,

**IT IS ORDERED** that the **Motion in Limine to Exclude the Expert Report and to Strike the Testimony of the Defendant's Expert, Michael J. Frenzel (Rec. Doc. 66) is GRANTED IN PART AND DENIED IN PART**. While the Court concludes that the majority of Frenzel's report and testimony relating thereto shall be admitted (i.e., relating to, inter alia, safety provisions and how such provisions were violated), the Court will not allow evidence and testimony speculating as to alternative scenarios or alternative causes for Plaintiff's accident.

New Orleans, Louisiana, this 19th day of January, 2010.

**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**